JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/5/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BURKS an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ALTECH SERVICES, INC.; DOES 1 through 10, inclusive; and ROES 1 through 20, inclusive<br><br>Defendants. | CASE NO: 2:16-cv-09162 MWF (AGR)<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

///
///
///
///
///

| | |
|---|---|
| 1 | The court, having reviewed the Parties' Stipulation Regarding Dismissal of the |
| 2 | Action with Prejudice, and good cause appearing therefore, orders as follows: |
| 3 |     1. The Stipulation Regarding Dismissal of the Action with Prejudice is |
| 4 |        GRANTED and the action is hereby dismissed with prejudice. |

IT IS SO ORDERED:

DATED: July 5, 2017     _____
HON. MICHAEL W. FITZGERALD
United States District Judge

CASE NO.: 2:16-cv-09162 MWF (AGR)